**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Enrique RAMIREZ, Defendant–
Appellant.**

**No. 12–3177.**

United States Court of Appeals,
Eighth Circuit.

Submitted: May 2, 2013.

Filed: May 8, 2013.

David A. Kelly, Kelly, Symonds & Reed, LLC, Lee's Summit, MO, for appellant.

Brent B. Venneman, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

PER CURIAM.

Under the terms of a written plea agreement that contained an appeal waiver, Enrique Ramirez pleaded guilty to conspiring to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 846. The district court[1] imposed a sentence of 180 months in prison and 5 years of supervised release. On appeal, Ramirez's counsel has moved to withdraw and submitted a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning the reasonableness of the sentence.

We conclude that the appeal waiver should be enforced as to all issues in this appeal. *See United States v. Jennings*, 662 F.3d 988, 990 (8th Cir.2011) (court should enforce appeal waiver if both waiver and plea agreement were entered into knowingly and voluntarily, appeal is within waiver's scope, and no miscarriage of justice would result); *see also United States v. Estrada–Bahena*, 201 F.3d 1070, 1071 (8th Cir.2000) (per curiam) (enforcing appeal waiver in *Anders* case).

Having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no nonfrivolous issue not covered by the waiver. Accordingly, we dismiss this appeal and grant counsel's motion to with-

---

1. The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

1. The Honorable Greg Kays, United States District Judge for the Western District of Missouri.

draw, subject to counsel informing Ramirez about procedures for seeking rehearing or filing a petition for certiorari.